IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

TYRONE YOUNG,

  Plaintiff,

v.                  CIVIL ACTION NO. 5:25-cv-00107

HECKARD,
WARDEN HOZALPFEL,
WARDEN YOUNG,
HSA MALISSA CRAWFORD,
AHSA PUGH,
PA JOE COOPER,
DR. EDWARDS, *Clinical Director,*
DR. LANE, AW HOWELL,
PA JARREL, PA HUTCHINSON,
UNIT MANAGER STENNETT,
UNIT MANAGER STAPLES,
COUNSELOR BURDETTE,
COUNSELOR MILAM,
CASE MANAGER HARLESS,
NURSE TILLEY,
DR. WHITED, *Psychology,*
DR. ADKINS*, Psychology*,
A. HONAKER, *Pharmacist*,
HIGLEY, *RN*, and
HSA B. L. FAIN,

  Defendants.

### MEMORANDUM OPINION AND ORDER

  Pending are Plaintiff Tyrone Young's Appeal of Magistrate Judge Order, [ECF 52], and Motion to Stay the Proceedings [ECF 53].

  On August 19, 2025, the Honorable Omar J. Aboulhosn, United States Magistrate

Judge, denied Mr. Young's Motion for Reconsideration, [ECF 41], and Motion to Appoint Counsel, [ECF 47, 49].

*Federal Rule of Civil Procedure* 72(a) provides that when a magistrate judge adjudicates a non-dispositive pretrial matter, a party may object to that ruling within 14 days after being served with a copy of the decision. The district judge must then consider the objections and "may modify or set aside any portion of a magistrate judge's non-dispositive ruling 'where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.'" *Berman v. Cong. Towers Ltd. P'ship-Section I*, 325 F. Supp. 2d 590, 592 (D. Md. 2004) (quoting 28 U.S.C. § 636(b)(1)(A)); *see also* Fed. R. Civ. P. 72(a). "The 'clearly erroneous' standard applies to factual findings, while legal conclusions will be rejected if they are 'contrary to law.'" *Sky Angel U.S., LLC v. Discovery Commc'ns, LLC*, 28 F. Supp. 3d 465, 479 (D. Md. 2014) (quoting *MMI Prods. v. Long*, 231 F.R.D. 215, 218 (D. Md. 2005)).

A court's "finding is 'clearly erroneous' when, although there is evidence to support it, the reviewing court is nevertheless left with the definite and firm conviction that a mistake has been committed." *United States v. U.S. Gypsum Co.*, 333 U.S. 364, 365 (1948); *see also Harman v. Levin*, 722 F.2d 1150, 1152 (4th Cir. 1985). *Matthews v. Island Operating Company, Inc.*, No. 5:18CV97, 2019 WL 313194, at *2 (N.D. W. Va. Jan. 24, 2019) (citing *Detection Sys., Inc. v. Pittway Corp.*, 96 F.R.D. 152, 154 (W.D.N.Y. 1982); *Shoop v. Hott*, No. 5:08CV188, 2010 WL 5067567, at *2 (N.D. W. Va. Dec. 6, 2010)).

Mr. Young's appeal fails to identify any component of Magistrate Judge Aboulhosn's rulings that are either clearly erroneous or contrary to law.

It is, accordingly, **ORDERED** that the Magistrate Judge's challenged orders are **AFFIRMED**. Furthermore, the Court **DENIES AS MOOT** the Motion to Stay the Proceedings

**[ECF 53]**.

The court **DIRECTS** the Clerk to send a copy of this written opinion and order to counsel of record and any unrepresented party.

ENTER: September 29, 2025

Frank W. Volk
Chief United States District Judge